UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | Case No. CR94-0509-MJP |
| Plaintiff,                      ) | |
|                                 ) | |
| v.                              ) | SUMMARY REPORT OF U.S. |
|                                 ) | MAGISTRATE JUDGE AS TO |
| ALVIN L. GILCRIST,              ) | ALLEGED VIOLATIONS |
|                                 ) | OF SUPERVISED RELEASE |
| Defendant.                      ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on March 27, 2007. The United States was represented by Assistant United States Attorney Mark Bartlett, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Felon in Possession of a Firearm. On or about September 29, 1997, defendant was sentenced by the Honorable William L. Dwyer to forty-one (41) months in custody, with a total of twenty-one (21) months consecutive to his indeterminate state sentence, and twenty (20) months concurrent to his indeterminate state sentence already served, to be followed by three (3) years of supervised release.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, consent to search and seizure, and no possession of firearms.

In a Petition for Warrant or Summons dated January 25, 2007, U.S. Probation Officer Angela M. Peru alleged the following violations by defendant of the conditions of his supervised release:

(1) Failing to submit to a urine sample as instructed on November 2, 2006, in violation of a general condition.

(2) Failing to submit to a urine sample as instructed on January 3, 2007, in violation of a general condition.

(3) Failing to submit a complete and truthful monthly report for the month of December 2006 as instructed, in violation of standard condition #2.

(4) Failing to notify the probation officer at least 10 days prior to any change in residence, in violation of standard condition #6.

(5) Failing to report to the probation office as instructed on January 23, 2007, in violation of standard condition #2.

(6) Failing to report to the probation office as instructed on January 24, 2007, in violation of standard condition #2.

The defendant was advised of the allegations and of his rights, and admitted to violations number 1, 2, 3, 5, and 6. At the hearing, alleged violation number 4 was dismissed by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3, 5, and 6, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Marsha J. Pechman for April 19, 2007, at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 29th day of March, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          Honorable Marsha J. Pechman
     AUSA:                    Mr. Mark Bartlett
     Defendant's attorney:    Ms. Carol Koller
     Probation officer:       Ms. Jennifer Tien