UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR94-509-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ALVIN GILCRIST, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on August 31, 2007. The United States was represented by AUSA Mark N. Bartlett and the defendant by Carol A. Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 9, 1995 and then re-sentenced, following appeal on September 29, 1997, by the Honorable William L. Dwyer on a charge of Felon in Possession of a Firearm to 41 months custody, 3 years supervised release. (Dkt. 62.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, consent to search, participate in substance abuse testing and treatment and abstain from alcohol.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

On March 27, 2007, defendant admitted to violating the conditions of supervised release by failing to submit a urine sample (two counts), failing to submit a complete and truthful monthly report to his probation officer, failing to notify his probation officer at least 10 days of a change in residence, and failing to report to the probation office as directed (two counts). (Dkt. 72.) A supplemental violation was filed on April 9, 2007, charging defendant with associating with a known felon. (Dkt. 79.) Having admitted the previous violations, Defendant was found guilty of this additional violation and sentence was imposed for all violations, consisting of credit for time served and satisfactory participation in a residential reentry program for up to 120 days. (Dkt. 83, 86.)

In an application dated August 29, 2007 (Dkt. 95), U.S. Probation Officer Michael J. Larson alleged the following violations of the conditions of supervised release:

1. Failing to reside in and satisfactorily participate in a residential reentry center (RRC) program since August 21, 2007, by failing to abide by the rules and conditions of the program, in violation [of] the special condition requiring his participation in an RRC program for up to 120 days.

2. Using a prescribed medication, namely Oxycodone, on or about August 24, 2007, in a manner inconsistent with the instructions of his physician, in violation of standard condition number seven.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been detained.

DATED this 31st day of August, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc:      District Judge:            Honorable Marsha J. Pechman
         AUSA:                      Mark N. Bartlett
         Defendant's attorney:      Carol A. Koller
         Probation officer:         Michael J. Larson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3